UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

LAWRENCE L. GLEGHORN,

        CIVIL NO. 4:17-CV-72-TWP-DML

    Plaintiff,

v.

ACL TRANSPORTATION SERVICES
LLC n/k/a ACBL TRANSPORTATION
SERVICES LLC

    Defendant.

### DEFENDANT'S PRELILMINARY WITNESS & EXHIBIT LISTS

COMES NOW Defendant ACL Transportation Services LLC n/k/a ACBL Transportation Services LLC and, pursuant to the Case Management Plan (Dkt. 17) and the Court's Scheduling Order (Dkt. 24), hereby makes the following preliminary disclosure of witnesses and exhibits. Defendant reserves the right to amend this disclosure up to and including the time of trial.

**PRELIMINARY WITNESS LIST**

1. Plaintiff Lawrence Gleghorn

2. Captain Gregory L. Bugg, ACL Transportation Services LLC n/k/a ACBL Transportation Services LLC

3. Deckhand Thomas "Andy" Vernon, ACL Transportation Services LLC n/k/a ACBL Transportation Services LLC

4. Spencer E. Romaine, MD

5. Physicians, medical providers/caregivers, representatives and/or records custodians for Orthopedic Institute of Western Kentucky

6. Physicians, medical providers/caregivers, representatives and/or records custodians for HealthWorks Medical, LLC

7. Physicians, medical providers/caregivers, representatives and/or records custodians for Orthopedic Institute of Southern Illinois

8. Physicians, medical providers/caregivers, representatives and/or records custodians for Lundberg Medical Imaging

9. Physicians, medical providers/caregivers, representatives and/or records custodians for Diversified Rehab Services

10. Physicians, medical providers/caregivers, representatives and/or records custodians for Community Health & Emergency Services

11. Physicians, medical providers/caregivers, representatives and/or records custodians for The Heart Group

12. Physicians, medical providers/caregivers, representatives and/or records custodians for Lourdes Hospital

13. Physicians, medical providers/caregivers, representatives and/or records custodians for WorkWell Systems, Inc.

14. Physicians, medical providers/caregivers, representatives and/or records custodians for Elite Physical Therapy & Cairo Rehab

15. Pharmacists, representatives and/or records custodians for any and all pharmacies used by Plaintiff

16. All of Plaintiff's treating and examining physicians/medical care providers

17. All witnesses identified and/or called to testify by Plaintiff

18. All ACL Transportation Services LLC n/k/a ACBL Transportation Services LLC employees/representatives identified in documents produced in discovery.

19. All witnesses deposed by either party

20. All persons identified during discovery and/or depositions

21. All persons necessary for foundational purposes concerning the admission of exhibits/records custodians.

22. All persons necessary for rebuttal and/or impeachment

23. Defendant reserves the right to identify liability, medical, vocational, and economic experts pursuant to the Federal Rules of Civil Procedure and/or relevant Scheduling Order of this Court.

24. Defendant reserves the right to amend this Witness List up to and including the time of trial.

**Use of Depositions:** Defendant reserves the right to read, display and/or play portions of depositions during its opening statement, case in chief and closing argument.

**PRELIMINARY EXHIBIT LIST**

1. Vessel Employee Personal Injury Reports, dated 6/12/14 (bates 55-57)

2. Incident Report-Injury Notification, dated 6/19/14 (bates 760-761)

3. Cairo Fleet diagram (bates 741-747)

4. M/V Nancy Allen Certificate of Documentation (bates 748)

5. M/V Nancy Allen vessel logs (bates 703-740)

6. Vessel Employee Personal Injury Reports, dated 2/20/10 and 3/3/11 (bates 51-54)

7. Fleet Deckhand Position Description and Job Physical Demands – Deckhand (bates 943-947)

8. Captain Bugg Merchant Mariner License (bates 880-881)

9. Score Audit of M/V Nancy Allen, dated 12/12/13 (bates 749-755)

10. M/V Nancy Allen work order spreadsheet (bates 756-759)

11. Plaintiff Moxie Training Record (bates 49-50)

12. Captain Bugg Moxie Training Record (bates 882-885)

13. Andy Vernon Moxie Training Record (bates 886-888)

14. Monthly Boat Training Records, 2015-2017 (bates 889-942)

15. Safety Rules (bates 949)

16. Vessel Management Guide excerpts (bates 950-951)

17. Training Videos

18. Plaintiff's employment records (bates 1-48, 58-183, 308-319, 762-876)

19. Wage Advance Agreement (bates 184)

20. Plaintiff's Social Security earnings statements

21. *Curriculum vitae* of Defendant's experts

22. Summary listing of maintenance & cure payments with underlying support documents

23. Medical records/studies, including, but not limited to, selections from the following:
    a. HealthWorks Medical, LLC
    b. Orthopaedic Institute of Western Kentucky
    c. Orthopedic Institute of Southern Illinois
    d. Lundberg Medical Imaging
    e. Diversified Rehab Services
    f. Elite Physical Therapy & Cairo Rehab
    g. Community Health & Emergency Services
    h. The Heart Group
    i. Lourdes Hospital
    j. WorkWell Systems, Inc.

24. Social Security disability records

25. Any records received via subpoena or public records request by either party

26. Exhibits to depositions

27. Demonstrative aids/exhibits

28. All exhibits necessary for rebuttal or impeachment

29. Discovery responses served by either party

30. All documents produced by any party during the course of discovery

Respectfully submitted,


**  s/ Megan Ahrens Sullivan                .**
Todd M. Powers
Megan Ahrens Sullivan
SCHROEDER MAUNDRELL BARBIERE & POWERS
5300 Socialville-Foster Rd., Suite 200
Mason, OH 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
tpowers@smbplaw.com
mahrens@smbplaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2017, the foregoing was served via the Court's CM/ECF system which will electronically serve the following:

Karl N. Truman
Marsha A. Dailey
420 Wall Street
Jeffersonville, IN  47130
karltruman@trumanlaw.com
marshadailey@trumanlaw.com

Isaac H. Soileau, Jr.
Ryan A. Jurkovic
Soileau & Associates, LLC
1010 Common Street, Suite 2910
New Orleans, LA  70112-2424
rjurkovic@soileaulegal.com
*Attorneys for Plaintiff*

       **s/ Megan Ahrens Sullivan            .**
Todd M. Powers
Megan Ahrens Sullivan
SCHROEDER MAUNDRELL BARBIERE & POWERS
5300 Socialville-Foster Rd., Suite 200
Mason, OH 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
tpowers@smbplaw.com
mahrens@smbplaw.com
*Attorneys for Defendant*